UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK DIAMOND,

       Plaintiff,           Case no. 14-14341
                                     Honorable John Corbett O'Meara

v.

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE HLUCHANIUK'S DECEMBER 22, 2015 REPORT AND RECOMMENDATION

On December 22, 2015, Magistrate Judge Michael Hluchaniuk issued a report and recommendation that Plaintiff's motion for summary judgment be denied, and Defendant's motion for summary judgment be granted. No objections have been filed by the parties. The court having conducted a thorough review of the entire file;

IT IS HEREBY ORDERED that the report and recommendation is ADOPTED as the court's findings and conclusions.

                                                   s/John Corbett O'Meara
                                                   United States District Judge

Date: January 28, 2016

I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, January 28, 2016, using the ECF system.

s/William Barkholz
Case Manager